## PARKER v. STATE.

No. 21401.

Court of Criminal Appeals of Texas.

Jan. 29, 1941.

No appearance for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the district court of Red River County on a charge of cattle theft and his punishment assessed at two years in the penitentiary.

The proceedings appear regular. The record is before us without statement of

facts or bills of exception, and there is nothing presented to this court for review.

The judgment of the trial court is affirmed.